UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Cory Couch<br>*Plaintiff*<br><br>v.<br><br>Southwest Airlines, Co. a TX corporation,<br>*Defendant* | §<br>§<br>§<br>§<br>§  Case No. 3:15-cv-00367-N<br>§<br>§<br>§<br>§ |

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

I. Applicant is an attorney and a member of the law firm of (or practices under the name of)

Woodrow & Peluso, LLC _____, with offices at

3900 E Mexico Ave., Ste. 300
(Street Address)

Denver                                  CO                      80210
(City)                                  (State)                 (Zip Code)

(720) 213-0675                          (303) 927-0809
(Telephone No.)                         (Fax No.)

II. Applicant will sign all filings with the name  Steven L. Woodrow .

III. Applicant has been retained personally or as a member of the above-named firm by:
(List All Parties Represented)

Plaintiff Cory Couch

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

IV. Applicant is a member in good standing of the bar of the highest court of the state of ____Colorado____, where Applicant regularly practices law.

For Court Use Only.
Bar Status Verified:

Bar license number: 43140     Admission date: 05/11/2011

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

V. Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| District of Colorado | 09/07/2011 | Active |
| Supreme Court of Illinois | 11/10/2005 | Active |
| Northern District of Illinois | 01/12/2006 | Active |
| Eastern District of Michigan | 06/30/2010 | Active |

VI. Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

VII. Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

VIII. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

IX. Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:             Case No. And Style:

03/13/2014                       In re MtGox Co. LTD, Case No. 14-31229-sgj-15

(If necessary, attach statement of additional applications.)

X. Local counsel of record associated with Applicant in this matter is

Robert Kleinman                                                    , who has offices at

404 W 7th Street
(Street Address)

Austin                          TX                78701
(City)                          (State)           (Zip Code)

(512) 299-5329                  (512) 628-3390
(Telephone No.)                 (Facsimile No.)

XI. Check the appropriate box below.

For Application in a **Civil Case**

[✓] Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ] Applicant has read and will comply with the local criminal rules of this court.

XII. Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $25.00 filing fee, on this the  5th  day of March                , 2015     .

Steven L. Woodrow
Printed Name of Applicant

*[signature]*
Signature

# SUPREME COURT
## State of Colorado.



STATE OF COLORADO, ss:

I, **Christopher T. Ryan** Clerk of the Supreme Court of the State of Colorado, do hereby certify that

*Steven L. Woodrow*

has been duly licensed and admitted to practice as an

### ATTORNEY AND COUNSELOR AT LAW

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the ___11th___ day of ___May___ A.D. ___2011___ and that at the date hereof the said ___Steven L. Woodrow___ is in good standing at this Bar.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this ___25th___, day of ___February___ A.D. ___2015___

Christopher T. Ryan
Clerk

By _Carla Trujillo_
Deputy Clerk